170 A.3d 331

## IN THE MATTER OF DAVID KENNEY, BURLINGTON COUNTY JAIL. (BURLINGTON COUNTY JAIL—PETITIONER)

September 11, 2017

### ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003640–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

170 A.3d 331

## STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. JOSEPH C. WAGHER, DEFENDANT–PETITIONER.

September 11, 2017

### ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000702–16 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.